Appeals Court No.# WR-22-317-22
Trial Court No.# 2010-447-C1E    22,317-22

RECEIVED IN
COURT OF CRIMINAL APPEALS

Ex Parte

Steve Vic Parker
-AKA-
Jerry Wilson
Applicant

In The Court

of Criminal Appeals

of Texas

## Applicant's Response To States Answer pursuant to Art. 11.07 C.C.P., And Applicant's Request for Release On Bond pursuant to Art. 11.65 C.C.P.

### To The Honorable Justices of this Said Court:

Comes Now Applicant, Steve Vic Parker -AKA- Jerry Wilson, in the Above styled And Numbered Habeas Corpus Action pursuant to Art. 11.07 C.C.P., And the Applicant ▮ Submits the following Response to the States Answer;

The Appl. HAS Completely Discharged And HAS Served His (20) twenty year sentence in Full Day for Day (Actual calender time) under Cause No.# 39,082 And under this I.D. No.# 590690 for the Name Jerry Wilson.

And According to the State And the T.D.C.J. C.I.D. Classifications And Records Department Authorized by Sworn Affidavits from Program Supervisor III, Charley Valdez,

1.

Specifically Certifies And Verifies that the Appl.'s (20) twenty year sentence would Discharge on 03-17-2016 Minus 253 days ▓▓▓▓ of Pre-Sentence Jail credits on This Cause No.# 2010-447-C1, The Appl.'s (20) twenty year sentence would (HAS) Discharge on 07-04-2015, Cause No.# 39,082.

(3-17-2016 Minus 253 Pre-Sent. Jail Credits  7-4-2015)

Also According to the State And to T.D.C.J.C.I.D. Classifications And Records Department, Certified by Sworn Affidavit from the same Program Supervisor III Charley Valdez, Verifies that the Appl.'s (2) two count (7) seven year consecutive sentence would begin on 7-4-2015, for this Cause No.# 2010-447-C1.

[
Please See: Sworn Affidavits, Cause No.# 2010-447-C1D
Also See: Sworn Affidavits Cause No.# 39,082-J; 39,082-K; 39,082-L
39,082-M And 39,082-N
]

## OVER INCARCERATION, Wrongfull Imprisonment

As of todays date of this the Appl.'s Response to the States Answer the Appl. has ▓▓▓▓ surpassed his Maximum Day for Day ▓▓ Discharge Date for his (20) twenty year sentence under Cause No# 39,082. To which WAS on 7-4-2015.

And as of todays date the Appl. HAS NOT BEEN RE-PROCESSED OVER to begin the (2) two count (7) seven year consecutive sentence under this Cause No.# 2010-447-C1. To which WAS to begin on 7-4-2015.

## No Active Sentence

The Applicant is presently being Illegally Restrained in T.D.C.J. I.D. with No Active Sentence At ALL. The Appl. is Just Being Held "Idle" in T.D.C.J. for No Reason.

## Conclusion

Once A sentence HAS Discharged there is No Further Commitment Posible on that case. And since the Appl. WAS Not And HAS Not BEEN Re-Processed. T.D.C.J.I.D. HAS Absolutely No Authority NOR Justification to continue to Restrain the Appl. in custody.

## Prayer

The Appl. Prays And Respectfully Ask the Honorable Court of Court of Criminal Appeals to carefully Review All the facts And the Sworn Affidavits in the Courts Records. And After the Justices concludes thier Review, the Applicant Request that the Court Grants the Appl.s Request for Release on Bond, until this issue Is Resolved by ~~■~~ this Honorable Court of Appeals.

Respectfully Requested,
*Steve Vic Parker*
-AKA- *Jerry Wilson* #590690
Applicant/Petitioner
Estelle Unit T.D.C.J.
264 FM 3478
Huntsville, TX. 77320

## Certificate of Service

I Applicant, hereby Certify And Solemnly Swear under penalty of Perjury that A true And correct copy of the Above And foregoing Appl.'s Response And Request for Release on Bond, has been served on the McLennan County District Attorney's Office, by placing A copy of same in the Estelle Unit's U.S. mail system, Addressed to 219 North 6th st. Ste.#200, Waco, TX. 76701, pursuant to 28 U.S.C. sec. 1746, on this the 05th, day of October 2015.

*Steve Vic Parker*
Applicant

cc: #02

3.